UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60136-GAYLES

LUIS SIERRA,

                    Plaintiff,

       v.

JOHNDONZ PIZZA INC. d/b/a
JERSEY JOHNS PIZZERIA,
                    Defendants.
_____ /

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court on Plaintiff Luis Sierra's Notice of Voluntary

Dismissal With Prejudice [ECF No. 6]. Being fully advised, it is **ORDERED AND ADJUDGED**

that this action is **DISMISSED WITH PREJUDICE**.

This action is **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of February, 2017.

_____

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE